**ASA MADISON** *versus* JAS-
PER DENSLOW.

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Motion to quash certiorari *p. 131; (2) motion to quash overruled *p. 157; (3) case argued, submitted *p. 180; (4) certiorari for additional return ordered issued *p. 181; (5) judgment reversed *p. 197.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari, copy of affidavit, return; (3) motion to quash; (4) assignment of errors; (5) joinder in error; (6) additional return; (7) draft of order for certiorari for additional return; (8) certiorari for additional return; (9) return to second certiorari; (10) precipe for fi. fa. for costs; (11) writ of fi. fa. for costs and return.

*1824–36 Calendar,* MS p. 145. Recorded in *Book C,* MS pp. 151–6.